## Office Visit — Bonnie L Chapman (MR# 21563382)

### Contact Information

| Date & Time | Provider | Department | Encounter # | Center |
|---|---|---|---|---|
| 8/16/2012 1:45 PM | Fuad Jubran, MD, FACP, FACC | Card Clinical Main | 228987123 | CARD J BLD |

### Patient Info

| Patient Name | Sex | DOB |
|---|---|---|
| Chapman, Bonnie L (21563382) | Female | 06/28/1950 |

### Vitals - Last Recorded as of 8/16/2012 3:25 PM

| BP | Pulse | Resp | Ht | Wt | BSA |
|---|---|---|---|---|---|
| 140/80 | 74 | 23 | 161.3 cm (5' 3.5") | 122.018 kg (269 lb) | 2.34 m² |

BMI
46.90 kg/m²

Vitals History Recorded

### Progress Notes

Jennifer M Lyons, RN, RN  8/16/2012  3:36 PM  Addendum, Last edited by: Fuad Jubran (8/29/2012  9:50 AM)



Cleveland Clinic

Heart and Vascular Institute
Robert and Suzanne Tomsich Department of Cardiovascular Medicine

SECTION OF CLINICAL CARDIOLOGY

**OUTPATIENT VISIT DATE**
August 16, 2012

**OUTPATIENT VISIT TYPE**
CONSULTATION

**PRIMARY CARE PHYSICIAN:**
Richard Shivers, MD
FAMILY MEDICAL CTR OF ALLIANCE
149 E SIMPSON ST
Alliance, OH 44601
Phone: 330-823-3856
Fax: 330-829-6688

**REFERRING PHYSICIAN**
Wael K Barsoum, MD
Cleveland Clinic Foundation
9500 Euclid Ave A41
CLEVELAND OH 44195

**CHIEF COMPLAINT:**
cardiac evaluation for pre op clearance

**HISTORY OF PRESENT ILLNESS:**
Cardiac consultation at the request of Dr. Wael K Barsoum. A copy of this consultation note will be

provided to the requesting physician by way of shared Medical record or letter to requesting physician via US mail.

Ms. Chapman is a 62 year old female who is seen today for cardiac evaluation pre op. Patient is scheduled for a hip replacement on 9-4-12 with Dr. Barsoum. Patient has a history of GERD, sarcoidosis, HTN, DM, and CHF. Patient states that she gets chest pain after eating from her GERD. Patient states she get SOB with activity because she is out of shape. Patient states her hip has been keeping her from doing any exercise for about a year. She states she get ankle edema occasionally. She denies orthopnea, cough, palpitations, PND, lightheadedness or syncope.

**I personally obtained the history of present illness.**

Fuad Jubran, M.D.


**PAST CARDIAC HISTORY:**
HTN, DM, CHF

==PAST MEDICAL HISTORY==
==Gerd (Gastroesophageal Reflux Disease)==
==Chronic Pain==
==Sarcoidosis - 1992==
==Hypertension (BP 120-150 related to pain)==
==Dm (Diabetes Mellitus)==
==Chf (Congestive Heart Failure)==

PAST SURGICAL HISTORY
Past Surgical History of (stomach stapling)
Colonoscop W/ Or W/O Brsh Spec - 11/15/2011 (Colonoscopy-repeat in 11-2021)
Egd W/O Or W/Brush/Wash - 11/15/2011 (EGD)
Tonsillectomy Hx
Wrist Right Op Surgery

SOCIAL HISTORY
  Smoking Status: Never Smoker
  Smokeless Status: Never Used
  Alcohol Use: Yes
    Comment: rare

FAMILY HISTORY
Mother: Alzheimer's Disease (deceased 82), Arthritis, Diabetes, Heart, Hypertension, Lipids
Father: Arthritis (deceased 70's), Lipids
Sister: Cancer, Diabetes, Hypertension, Lipids
Maternal Grandfather: Cancer
Paternal Grandmother: Cancer
Paternal Aunt: Cancer
Paternal Uncle: Arthritis (4 uncles 3 living), Arthritis (deceased 60's), Arthritis (deceased), Arthritis, Arthritis, Cancer

**ALLERGIES:**
Review of patient's allergies indicates:

Contrast Dye [Other]     Anaphylaxis

**MEDICATIONS:**
==spironolactone== (ALDACTONE) 25 mg ORAL tablet   Take 2 tablets by mouth twice daily.

| Medication | Instructions |
|---|---|
| metFORMIN 500 mg ORAL tablet | Take 500 mg by mouth twice daily with meals. |
| atorvastatin (LIPITOR) 20 mg ORAL tablet | Take 20 mg by mouth once daily. |
| ALPRAZolam (XANAX) 0.25 mg ORAL tablet | Take 0.25 mg by mouth at bedtime as needed. |
| omeprazole (PRILOSEC) 20 mg ORAL capsule | Take 20 mg by mouth once daily. |
| triamcinolone acetonide 0.1 % TOPICAL ointment | Apply to affected area on leg twice daily as needed. Use 2 weeks on 1 week off. Not for face, armpits or groin |
| naproxen 500 mg ORAL tablet | Take 500 mg by mouth twice daily with meals. |
| cyclobenzaprine (FLEXERIL) 5 mg ORAL tablet | Take 5 mg by mouth three times daily as needed. |
| PROZAC 20 MG PULVULE | Take two capsule daily. |

**REVIEW OF SYSTEMS:**
GENERAL: Positive for:Sleep difficulties:Negative for:Weight loss or gain, Fever or Chills and Weakness
HEENT: Positive for:Glasses and Poor Dental Care Negative for:Headache, Impaired Vision, Hearing Impairment, Ringing in Ears, Nosebleeds, Bleeding Gums and Dentures
NECK: Positive for: Pain Negative for:Swelling and Stiffness
RESPIRATORY: Positive for: Shortness of breath Negative for:Cough, Blood in Sputum, Wheezing and Apnea
GASTROINTESTINAL: Positive for: Heartburn Negative for:Trouble swallowing, Change in bowel habits, Blood in stool and Dark black stools
MUSCULOSKELETAL: Positive for: Muscle or joint pain, Stiffness and Joint swelling
NEUROLOGIC/PSYCHIATRIC: Positive for: Nervousness or anxiety, Depressed mood, Memory loss Negative for: Weakness, Paralysis, Numbness, Tingling, Tremor
SKIN: positive for rash Negative for: Itching
HEMATOLOGICAL/LYMPHATIC: Negative for: Easy bruising and Easy bleeding
ENDOCRINE: Positive for: Excessive sweating Negative for:Heat or cold intolerance, Frequent urination and Frequent thirst

Jennifer M Lyons, RN


I personally interviewed, confirmed and edited the above information as obtained by others.

**PHYSICAL EXAMINATION:**
BP 140/80 | Pulse 74 | Resp 23 | Ht 161.3 cm (5' 3.5") | Wt 122.018 kg (269 lb) | BMI 46.90 kg/m2
General: morbidly obese, in a wheelchair, in no acute distress.
Skin: No clubbing, no cyanosis.
Eyes: Extra ocular movements intact
Oropharynx: Teeth in good repair.
Neck: No jugular venous distention, no carotid bruits, carotids have a normal upstroke, no palpable thyromegaly.
Lungs: Clear to auscultation bilaterally, no wheezing or rhonchi.
Heart: Regular rhythm, PMI not displaced, S1, S2 normal, no S3, no S4, no heaves, no rub and no murmur.
Abdomen: Soft, nontender, bowel sounds normal, no palpable organomegaly, no bruits.
Extremities: No peripheral edema . Grade 2/4 distal pulses bilaterally.
Neuro: Oriented to person, place and time, alert, cooperative, gait coordinated.


**CARDIOVASCULAR MEDICINE TESTING:**
Electrocardiogram: NL



**IMPRESSION:**

Ms. Chapman is a 62 year old female

referred for preop cardiac clearnce prior to: hip surgery

h/o htn, dm, sarcoid, GERD , morbid obesity

inactive

c/o ex. sob
pt. had no Chest pain, no palpitations, no dizziness, no PND,no leg edema

**PLAN AND RECOMMENDATIONS:**
planned for dob. stress echo in 4 days

cardiac clearance pending the result of dob. stress echo

**CONTACT INFORMATION:**
Fuad Jubran, M.D., F.A.C.P., F.A.C.C.
Robert and Suzanne Tomsich Department of Cardiovascular Medicine
Heart and Vascular Institute
Cleveland Clinic
Desk J2-4
9500 Euclid Avenue
Cleveland, Ohio  44195
Office Phone: 216-444-4842 – 800-223-2273 extension 44842
Office Fax: 216-445-6159
Appointments: 216-444-6697 -800-223-2273 extension 46697


8/29/2012 : dob. stress echo  done 8/27/2012   was abn showing ischemia in the RCA territory. pt experienced CP  during the test . there was EKG st changes
echo showed NL LV

RX: recommend LHC +/_ preop.
Fuad Jubran, M.D., F.A.C.P., F.A.C.C.
Robert and Suzanne Tomsich Department of Cardiovascular Medicine
Heart and Vascular Institute
Cleveland Clinic
Desk J2-4
9500 Euclid Avenue
Cleveland, Ohio  44195
Office Phone: 216-444-4842 – 800-223-2273 extension 44842
Office Fax: 216-445-6159
Appointments: 216-444-6697 -800-223-2273 extension 46697

**Referring Provider**
   Wael K Barsoum

**Allergies as of 08/16/2012**

| Agent | Noted | Reactions-Comments | Type |
|---|---|---|---|
| OTHER [CONTRAST DYE] Date Verified: 08/16/2012 | 02/18/2005 | 10 - Anaphylaxis | |

**Visit Diagnoses and Assoc Orders**

Preop cardiovascular exam [V72.81]

Type II or unspecified type diabetes mellitus without mention of complication, not stated as uncontrolled [250.00]

Morbid obesity [278.01]

Sarcoid [135]

HTN (hypertension) [401.9]

**Outpatient Encounter Meds: End of Enc- 8/16/2012**

| Medication | Instructions |
|---|---|
| spironolactone (ALDACTONE) 25 mg ORAL tablet | Take 2 tablets by mouth twice daily. |
| metFORMIN 500 mg ORAL tablet | Take 500 mg by mouth twice daily with meals. |
| atorvastatin (LIPITOR) 20 mg ORAL tablet | Take 20 mg by mouth once daily. |
| triamcinolone acetonide 0.1 % TOPICAL ointment | Apply to affected area on leg twice daily as needed. Use 2 weeks on 1 week off. Not for face, armpits or groin |
| ALPRAZolam (XANAX) 0.25 mg ORAL tablet | Take 0.25 mg by mouth at bedtime as needed. |
| omeprazole (PRILOSEC) 20 mg ORAL capsule | Take 20 mg by mouth once daily. |
| naproxen 500 mg ORAL tablet | Take 500 mg by mouth twice daily with meals. |
| cyclobenzaprine (FLEXERIL) 5 mg ORAL tablet | Take 5 mg by mouth three times daily as needed. |
| PROZAC 20 MG PULVULE | Take two capsule daily. |

**Preferred Pharmacy**

E- GIANT EAGLE #4064 - SALEM, OH 44460 - 2305 EAST STATE STREET - 330-332-0141

**Problem List as of 08/16/2012**

| Problem | Noted |
|---|---|
| SPINAL STENOSIS-LUMBAR[724.02] | 2/18/2005 |
| DISC DIS NEC/NOS-LUMBAR[722.93] | 2/18/2005 |
| DEPRESSIVE DISORDER NEC[311] | 2/18/2005 |
| CANNABIS ABUSE-EPISODIC[305.22] | 2/18/2005 |
| LUMBAGO[724.2] | 2/18/2005 |
| Acute gastritis without mention of hemorrhage[535.00] | 11/15/2011 |
| History of steroid therapy[V87.45B] | 3/12/2012 |
| DM w/o complication type II[250.00] | 3/12/2012 |

**Patient Instructions**

None

**Visit Notes**

ERICA D LITTLEJOHN MA Thu Aug 16, 2012 3:20 PM
  Pt has been identified by name and birthdate: Yes

  Allergies reviewed: Yes
  Medication - prescribed and OTC reviewed and updated: Yes

Do you need any prescription refills prior to your next visit: No

Health Maintenance: Reviewed and up to date.

Latex allergy: no.
Is the patient having any pain? No

Does this patient have:
Unintentional weight loss or gain of greater than 10 pounds due to a change of appetite and/or intake? No
Difficulty chewing and/or swallowing? No
Concerns about personal safety or safety in the home? No
Concerns about falling or have they fallen in the past year?
Yes: Patient has the following symptoms: physical condition that requires an assistive device
Difficulty performing or completing routine daily living activities? Pt reports shortness of breath

Is the patient active on MyChart No.

## eBilling Report
eBilling Encounter Report

HDS Report

Nursing ScoreCard Report

## Encounter Status
Closed by Fuad Jubran, MD, FACP, FACC on 8/16/12 at 4:07 PM

## Chart Review Routing History
No Routing History on File