To whom it may concern,
Dear Judge Gibson,

My name is Michele McCall I am an Assist Director of Environmental Services for Breckenridge Village a nursing home my position I have had for 10 years. I have worked there for 13 years, I live in Eastlake, Ohio. I am writing you this letter for a close friend of mine her name is Bonnie Chapman I have known Bonnie Chapman since I was 8 years old, she was my mom's best friend she took my mother to see places my mother never went before she showed my mother how to live her life and to enjoy her life I am very great full that Bonnie was there for her. Bonnie has always been there for everyone she is a good person. Bonnie was a big part of my wedding and she was also a substitute mom for me when I was having my first child she didn't leave my side and stayed with me for the whole thing. Bonnie has always treated me and my siblings like we were her own children always gave us advice, took us places, watched my boys when I had no one else to do for me when my husband and I wanted to take a vacation out of state, she was the only one I could count on to help me out. My children think Bonnie as there Aunt Bonnie she would take both my boys and my nephews for a week or so in the summer to spend time with her the kids enjoyed the time they spent with her. My youngest son had a terrible Blood pressure issue that hospitalized him for a week and as soon as I called her she was there the next day or two to be with me to make sure that he was ok and that I was ok. She never hesitated to not be there she was there. I can always count on her because I have lost my mother 29 years now and I can say that without Bonnie in my life it would be like losing another mother. I love her very deeply and I hope this letter will help her in some way that she always helped me.

Thank you,
Michele McCall

EXHIBIT B