IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 11-22 J |
| GEORGE M. LOWMASTER, et al. | ) |

# ***PROOF OF PUBLICATION***

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for a least 30 consecutive days, beginning October 29, 2013 and ending November 27, 2013, at Pittsburgh, PA.

        Respectfully submitted,

        DAVID J. HICKTON
        United States Attorney

By:  s/ Lee J. Karl
       Assistant U.S. Attorney
       700 Grant Street, Suite 4000
       Pittsburgh, PA 15219
       (412) 894-7488
       PA ID #87856

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# COURT CASE NUMBER: 3:11CR22; NOTICE OF FORFEITURE

Notice is hereby given that on October 25, 2013, in the case of <u>U.S. v. GEORGE M. LOWMASTER, ET AL.</u>, Court Case Number 3:11CR22, the United States District Court for the Western District of Pennsylvania entered an Order condemning and forfeiting the following property to the United States of America:

$6,000.00 U.S. Currency (11-FBI-003718) which was seized from Paxton D. Clark & Heather Jo Clark on May 12, 2011 at 109 Hite St., located in Carrolltown, PA

$463,070.00 U.S. Currency (11-FBI-003855) which was seized from Paxton D. Clark & Heather Jo Clark on May 09, 2011 at 109 Hite St., located in Carrolltown, PA

$7,998.00 U.S. Currency (11-FBI-003856) which was seized from Rodney Lowmaster on May 09, 2011 at 883 Cole Rd., located in Carrolltown, PA

2006 Chevrolet Silverado VIN# 2GCEK13T461178776 (11-FBI-003865) which was seized from Rodney Lowmaster on May 09, 2011 at 883 Cole Rd., located in Carrolltown, PA

1991 GMC Syclone VIN# 1GDCT14Z6M8801537 (11-FBI-003869) which was seized from Judy Bender on May 09, 2011 at 609 Dutch Rd., located in Carrolltown, PA

$1,629.00 U.S. Currency (11-FBI-003889) which was seized from George Lowmaster on May 09, 2011 at Best Western Inn, 1924 Leesburg G.C. Rd., located in Grove City, PA

$208,349.00 U.S. Currency (11-FBI-003892) which was seized from Brian Knee on May 09, 2011 at 2802 Warren St., located in Portland, OR

$4,036.00 U.S. Currency (11-FBI-003901) which was seized from Cory Giles & Morgan Karge on May 09, 2011 at Hampton Inn, 3780 11th Ave. Room 312, located in Eugene, OR

1995 Fleetwood Recreational Vehicle VIN# 4CDR6BR25R2305922 (11-FBI-003902) which was seized from George Lowmaster on May 16, 2011 at 106 Himmel St., located in Carrolltown, PA

Real Property - 383 North Main St., Carrolltown, PA 15722 (11-FBI-003913) which was posted on July 15, 2011

Real Property - 883 Cole Rd., Carrolltown, PA 15722 (11-FBI-003914) which was posted on July 15, 2011

Real Property - 377 N. Main St., Carrolltown, PA 15722 (11-FBI-003917) which was posted on July 15, 2011

134 Reed St., Elmora, PA 15737 (11-FBI-004283) which was posted on July 15, 2011

118 Sportsman Rd., Carrolltown, PA 15722 (11-FBI-004285) which was posted on July 15, 2011

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 29, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, Penn Traffic Building, 319 Washington Street, Room 208, Johnstown, PA  15901, and a copy served upon Assistant United States Attorney Lee J. Karl, 319 Washington Street, Suite 224 Penn Traffic Building, Johnstown, PA  15901. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 29, 2013 and November 27, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. GEORGE M. LOWMASTER, ET AL.

**Court Case No:** 3:11CR22
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/29/2013 | 24.0 | Verified |
| 2 | 10/30/2013 | 24.0 | Verified |
| 3 | 10/31/2013 | 24.0 | Verified |
| 4 | 11/01/2013 | 24.0 | Verified |
| 5 | 11/02/2013 | 24.0 | Verified |
| 6 | 11/03/2013 | 24.0 | Verified |
| 7 | 11/04/2013 | 24.0 | Verified |
| 8 | 11/05/2013 | 24.0 | Verified |
| 9 | 11/06/2013 | 24.0 | Verified |
| 10 | 11/07/2013 | 24.0 | Verified |
| 11 | 11/08/2013 | 23.9 | Verified |
| 12 | 11/09/2013 | 24.0 | Verified |
| 13 | 11/10/2013 | 24.0 | Verified |
| 14 | 11/11/2013 | 24.0 | Verified |
| 15 | 11/12/2013 | 24.0 | Verified |
| 16 | 11/13/2013 | 24.0 | Verified |
| 17 | 11/14/2013 | 24.0 | Verified |
| 18 | 11/15/2013 | 24.0 | Verified |
| 19 | 11/16/2013 | 24.0 | Verified |
| 20 | 11/17/2013 | 24.0 | Verified |
| 21 | 11/18/2013 | 24.0 | Verified |
| 22 | 11/19/2013 | 24.0 | Verified |
| 23 | 11/20/2013 | 24.0 | Verified |
| 24 | 11/21/2013 | 24.0 | Verified |
| 25 | 11/22/2013 | 24.0 | Verified |
| 26 | 11/23/2013 | 24.0 | Verified |
| 27 | 11/24/2013 | 24.0 | Verified |
| 28 | 11/25/2013 | 23.7 | Verified |
| 29 | 11/26/2013 | 24.0 | Verified |
| 30 | 11/27/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.