12/4/13

Dear Judge Gibson,

My name is Sharon Vanturri, I am a RN in Cleveland, Ohio @ University Hospitals of Cleveland Case Medical Center for 17yrs. I have been a nurse for 32yrs.

I have known Ms. Bonnie Chapman for >35yrs. She was my neighbor & my mother's best friend. Bonnie has & is a generous & caring person. She has always been there for us, even when my mom passed away in 1984. She is like a 2nd Mom to us. She has attended most life events in our families. Has come up to us from Southern Ohio, when we had problems. When my sister & I son's were little, she would take them for 2 weeks the boys (in their 20's now) still talk about this. Aunt Bonny took them fishing, camping adventures, etc.

#2

I can call Bonnie anytime for advice — she loves to talk & smiles. She is caring, jovial & very loving. She would give you the shirt off her back, a place to stay & a meal. As a teenager, she would take us on trips, cook for us, have movie night @ her home. Bonnie was there when my mom was in & dying. My mom & her had many fun times together.

She is a free spirit & beautiful inside & out.

Sincerely
Sharon M. Fantelli
Sharon M. Fantelli

544 E. 200 St
Euclid, Ohio 44119
1-216-394-6128